**U.S. Department of Justice**

United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY
Official

TO: Clerk's Office

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

****************************

IN RE ARREST WARRANT APPLICATION

  **18M062**

Docket Number

**********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: G. Karthik Srinivasan
Firm Name: USAO-EDNY
Address:
271 Cadman Plaza East, Brooklyn, NY
Phone Number: 718-254-6013
E-Mail Address: karthik.srinivasan@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

_____

_____

_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

18 USC 3103ab (ongoing criminal investigation),

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn
1/23/201   S/ Pohorelsky

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 1/23/2018
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

1/23/2018
DATE                                    SIGNATURE