

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SSS:JRS                                          *271 Cadman Plaza East*
F. #2016R01074                                   *Brooklyn, New York 11201*

May 24, 2019

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Inna Chebanenko
       Criminal Docket No. 18-51 (S-1) (ENV)

Dear Judge Vitaliano:

    The government respectfully requests that the Court adjourn the defendant
Inna Chebanenko's scheduled change of plea hearing from June 21, 2019, to July 2, 2019, to
accommodate defense counsel's schedule.

    The government further respectfully requests that the Court exclude time as to
the defendant from June 7, 2019 (the date of the next scheduled status conference, which the
defendant does not plan to attend) to July 2, 2019.  Pursuant to 18 U.S.C. § 3161(h)(7), the
ends of justice served by such delay outweigh the best interests of the public and the
defendant in a speedy trial because such delay will allow for this matter to be resolved
without the need for a trial.  The defendant has consented to this request.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

    By:  /s/ Jonathan Siegel
       Jonathan Siegel
       Assistant U.S. Attorney
       (718) 254-6293

cc:  Clerk of the Court (ENV) (by ECF)