UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America,                                        :
                                                                 :
         Plaintiff,                                   :    **ORDER**
                                                                 :
        - against –                                            1:18-cr-0051-ENV-1(ENV)


Inna Chebanenko,                                                 :
                                                                 :
        Defendants.                                  :
-----------------------------------------------------------------X

VITALIANO, D.J.

    Pursuant to the request of counsel for the United States, and with consent of counsel defendant Inna Chebanenko, the status conference scheduled for June 7, 2019, is adjourned to July 2, 2019 @ 2:30 p.m. as a change of plea hearing. Upon balancing the factors specified in 8 U.S.C. § 3161(h)(8), the Court will exclude the time between these two dates from speedy trial calculations as defense counsel has informed the Court of the parties' active involvement in plea negotiations, and to otherwise meet the ends of justice.

    SO ORDERED

DATED:    Brooklyn, New York
                6/5/2019

                                                                 s/ENV
                                                                 _____
                                                                 ERIC N. VITALIANO
                                                                 U.S.D.J.