

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:KKO
F. #2016R01074

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2019

By ECF and Courtesy Copy by Interoffice Mail

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Inna Chebanenko
>      Criminal Docket No. 18-51 (S-1) (ENV)

Dear Judge Vitaliano:

Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Inna Chebanenko, has agreed to in connection with her guilty plea accepted by Your Honor on July 2, 2019.  The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Karin Orenstein
Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)