JUDGE DURKIN
MAGISTRATE JUDGE WEISMAN

FILED
10/23/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SMB  18CR50

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0207 1:18CR00051 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District Of New York | Brooklyn |
| Inna Chebanenko | NAME OF SENTENCING JUDGE | |
| | Eric N. Vitaliano, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/20/2022 / TO 5/19/2024 |

**OFFENSE**

**Count 1**:
CONSPIRACY TO COMMIT WIRE FRAUD
18 U.S.C. § 1349, 18 U.S.C. § 1343
Not more than 20 years imprisonment/$250,000 fine
(Class C Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/19/2023
_____
Date

*/s/Eric N. Vitaliano*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 26, 2023

October 23, 2023
_____
*Effective Date*

*Rebecca R. Pallmeyer*
_____
United States District Judge